# Unclaimed Funds

Entered 10/15/2014 to 10/15/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-15062 -jnf 16605994 | Pediatric Dental Associates 1684 Beacon Street Brookline, MA 02445 02445 | 0.02 | 10/15/2014 |
| 08-19482 -jnf 19389727 | JOHN & THERESA KEATING 131 STEWART DR ABINGTON, MA 02351-5031 02351-5031 | 18.81 | 10/15/2014 |
| 09-10046 -jnf 16802092 | Charmoy, Stoltzberg & Holian 233 Lewis Wharf Boston, MA 02110 02110 | 25.84 | 10/15/2014 |
| 09-11521 -fjb 16874414 | National Grid P.O. Box 960 Northborough, MA 01532 | 121.62 | 10/15/2014 |
| 09-11615 -wch 16862943 | Unvl/citi Po Box 6241 Sioux Falls, SD 57117 57117 | 69.99 | 10/15/2014 |
| 09-12095 -fjb 16884725 | Bank Of America 7105 Corporate Drive Plano, TX 75024 | 15.08 | 10/15/2014 |
| 09-12849 -fjb 16971565 | HSBC Mortgage Corporation, USA c/o Doonan, Graves and Longoria, LLC 100 Cummings Center, Suite 225D Beverly, MA 01915 01915 | 7,260.84 | 10/15/2014 |
| 09-14320 -fjb 16971383 | EMC Mortgage c/o Real Time Resolutions Inc Po Box 35888 Dallas TX 75235-0888 75235-0888 | 530.06 | 10/15/2014 |

| Case | Creditor | Amount | Date |
|---|---|---|---|
| 09-14680 -fjb<br>17160420 | HSBC Mortgage Services, Inc.<br>636 Grand Regency Boulevard<br>Brandon, FL 33510 | 2,432.81 | 10/15/2014 |
| 09-14689 -fjb<br>17097634 | Citibank South Dakota NA<br>1000 Technology Dr<br>MS 504<br>OFallon, MO 63304<br>63304 | 92.36 | 10/15/2014 |
| 09-14689 -fjb<br>16987476 | Countrywide Home Loans<br>PO Box 660694<br>Dallas, TX 75266-0694<br>75266-0694 | 1,833.48 | 10/15/2014 |
| 09-16171 -fjb<br>17040475 | Sallie Mae<br>Attn: Claims Dept<br>P.O.Box 9500<br>Wilkes Barre, PA 18773<br>18773 | 215.20 | 10/15/2014 |
| 09-16709 -jnf<br>17061994 | Glamour Shots<br>PO Box 1218<br>Kingsville, TX 78364-1218<br>78364-1218 | 100.47 | 10/15/2014 |
| 09-22625 -jnf<br>19389728 | PAUL & PAMELA SHAPLEIGH<br>7 STROUT AVE<br>LYNNFIELD, MA 01940<br>01940 | 3.80 | 10/15/2014 |
| 10-18786 -fjb<br>17684673 | National Grid<br>300 Erie Blvd. West<br>Syracuse, NY 13202 | 10.59 | 10/15/2014 |
| 10-19725 -fjb<br>19389744 | DANIA ANTOINE-GUITEAU<br>621 CUMMINS HIGHWAY #F<br>MATTAPAN, MA 02126<br>02126 | 990.00 | 10/15/2014 |
| 10-23859 -jnf<br>17873073 | National Grid<br>300 Erie Blvd. West<br>Syracuse, NY 13202 | 21.55 | 10/15/2014 |
| 11-11150 -wch<br>17930648 | Donald E. Sapp<br>1 Leighton Street #512 | 216.00 | 10/15/2014 |

|  |  |  |  |
|---|---|---|---|
|  | Cambridge, MA 02141<br>02141 |  |  |
| [11-14311 -jnf](#)<br>19389745 | DENNIS & PILAR JENSEN<br>281 MASSACHUSETTS AVE<br>SOMERSET, MA 02726<br>02726 | 1.90 | 10/15/2014 |
| [11-14895 -jnf](#)<br>18073004 | Citimortgage Inc<br>Po Box 9438,dept 0251<br>Gaithersburg, MD 20898<br>20898 | 3,100.54 | 10/15/2014 |
| [11-15091 -fjb](#)<br>18080261 | OCWEN Loan Servicing<br>12650 Ingenuity Drive<br>Orlando, FL 32826<br>32826 | 1,107.90 | 10/15/2014 |
| [11-15501 -wch](#)<br>18100812 | John Hamjian<br>272 Craigville Beach Road<br>Hyannis, MA 02601<br>02601 | 235.04 | 10/15/2014 |
| [11-15590 -wch](#)<br>19325300 | Ocwen Loan Servicing, LLC<br>PO Box 24781<br>Attn: Cashiering Dept.<br>West Palm Beach, FL 33416-4781<br>33416-4781 | 691.48 | 10/15/2014 |
| [12-12358 -jnf](#)<br>19389746 | HEATHER LAROCQUE<br>518-520 MERRIMAC ST<br>NEWBURYPORT, MA 01950<br>01950 | 16,037.90 | 10/15/2014 |
| [12-18667 -wch](#)<br>19389747 | WILLIAM GARDNER III<br>730 MAIN ST<br>WEYMOUTH, MA 02190<br>02190 | 4,001.40 | 10/15/2014 |
| [13-10411 -wch](#)<br>19389748 | STEVEN HIRSCHBERGER<br>11 OLD TOLL RD<br>WEST BARNSTABLE, MA 02668<br>02668 | 62.00 | 10/15/2014 |
| [13-15984 -wch](#)<br>19389749 | JOSE BOLARINHO<br>30 BIRCHWOOD TERRACE | 285.00 | 10/15/2014 |

                    NO DARTMOUTH, MA 02747
                    02747

| | | | |
|---|---|---|---|
| [13-16262 -fjb](#)<br>19389750 | JORGE CUERVO<br>152 VANE ST<br>REVERE, MA 02151<br>02151 | 142.50 | 10/15/2014 |

**Grand Total: 39,624.18**